### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                               **CASE NO. 1:00-cr-00004-MMP**

ANTHONY EDWIN SCOTT,

    Defendant.

_____/

### O R D E R

The government has filed a Rule 35 Motion with this court (docs 70 & 72) seeking a reduction in the sentence imposed upon the defendant, ANTHONY EDWIN SCOTT, on September 9, 2000 , the judgment being entered on the same day (doc 65).  The defendant faced a 10-years-to-life sentence, with a Guideline Range of 188-235 months. The government did file a notice of substantial assistance and, based thereon, the court departed from the guidelines and imposed a sentence of  96 months.  The government now moves for a further reduction, based on Rule 35.  Upon further consideration, the Rule 35 motion is GRANTED.

The sentence imposed upon the defendant on September 9, 2000 and judgment thereon entered into the records of this court on September 9, 2000 (doc 65) are amended as follows:

> "The defendant, ANTHONY EDWARD SCOTT, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of seventy-two (72) months. Except as herein modified, all other terms and conditions previously imposed shall remain in full force and effect."

**DONE AND ORDERED** this  *12th*  day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge